# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00605-CV

### J. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 19-1123, GLENN H. DEVLIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. M. filed his notice of appeal on November 16, 2021. The appellate record was complete on December 29, 2021, making appellant's brief due on January 18, 2022. On January 18, 2022, counsel for appellant has filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Terry Wesley Baker to file appellant's brief no later than February 7, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 25, 2022.

Before Justices Goodwin, Baker, and Triana